**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Trevathan Jabar GLEEN,
Defendant–Appellant.**

**No. 05–40207
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Jan. 9, 2007.

Lisa G. Flournoy, U.S. Attorney's Office Eastern District of Texas, Lufkin, TX, for Plaintiff–Appellee.

Amy R. Blalock, Gregory A. Waldron, Assistant Federal Public Defenders, Federal Public Defender's Office Eastern Dis-

---

trict of Texas, Tyler, TX, for Defendant–Appellant.

Trevathan Jabar Gleen, Seagoville, TX, pro se.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Trevathan Jabar Gleen moves for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Gleen has *not* filed a response. Our review of the record and counsel's brief shows there are no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is *GRANTED,* counsel is excused from further responsibilities herein, and this appeal is *DISMISSED.* See 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.